**Order entered October 9, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01291-CR

### EX PARTE TONY YUAN LI

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-80387-2013**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying appellant the relief sought by his article 11.072 application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Collin County Clerk to file, by **OCTOBER 28, 2014**, the clerk's record containing all of the documents related to the article 11.072 application for writ of habeas corpus, including: (1) the application for writ of habeas corpus; (2) the State's response; (3) the trial court's order ruling on the application; (4) any findings of fact and conclusions of law; and (5) the trial court's rule 25.2 certification of appellant's right to appeal. Because this is an accelerated appeal, no extensions will be granted.

We **ORDER** Antoinette Varela, as official court reporter of the County Court at Law No. 5, to file, by **OCTOBER 28, 2014**, the reporter's record, including all exhibits, of the August 28, 2014 hearing on the application for writ of habeas corpus. If Ms. Varela did not record the

proceedings, she is **ORDERED** to coordinate with the court reporter who did record the proceedings for the filing of the record.  Because this is an accelerated appeal, no extensions will be granted.

We **ORDER** appellant to file his brief by **NOVEMBER 12, 2014**.  We **ORDER** the State to file its brief by **NOVEMBER 26, 2014**.  If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief.  *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without argument on **December 19, 2014** to a panel consisting of Justices Francis, Evans, and Stoddart.  *See* TEX. R. APP. P. 31.1, 39.1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dan Wilson, Presiding Judge, County Court at Law No. 5; Antoinette Varela, official court reporter, County Court at Law No. 5; Stacy Kemp, Collin County Clerk; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE